UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:22-mj-49-JAW |
| | ) | |
| ZAKARY WILLIAMS | ) | |

## CRIMINAL COMPLAINT

I, Ryan Mahar, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
(Distribution of Child Pornography)

In about April of 2020, in the District of Maine and elsewhere, the defendant,

**ZAKARY WILLIAMS,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and in or affecting commerce by any means, including by computer.   Specifically, **WILLIAMS** used the internet to send a digital video containing child pornography.

All in violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1) and 2256(8)(A).

### COUNT TWO
(Possession of Child Pornography)

In about December of 2020, in the District of Maine, the defendant,

**ZAKARY WILLIAMS,**

knowingly possessed an Apple iPhone that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8).   The images had been shipped and transported

using any means or facility of interstate and foreign commerce and in and affecting interstate and

foreign commerce by any means, including by computer, and were produced using materials that

had been mailed, shipped, and transported in and affecting interstate and foreign commerce by

any means, including by computer.   At least one image of child pornography involved in the

offense involved a prepubescent minor or a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B),

2252A(b)(2) and 2256(8)(A).

I further state that I am a Special Agent with Homeland Security Investigations, and that

this complaint is based on the facts contained in the attached affidavit, which is incorporated by

reference herein.

Dated at Portland, Maine this 25th day of March, 2022.

_____

Ryan Mahar
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date:     Mar 25 2022

City and state:     Portland, Maine

_____
Judge's signature

John A. Woodcock, Jr.   U.S. District Judge
Printed name and title

2