# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| United States of America<br>v.<br>Zakary Williams<br>*Defendant* | )<br>)<br>) Case No. 2:22-mj-49-JAW<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Zakary Williams, who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), § 2252A(b)(1) and § 2256(8)(A), and possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), § 2252A(b)(2) and § 2256(8)(A).

Date and time issued: 2:06 pm, Mar 25 2022

*Judge's Signature*

City and state: Portland, Maine

John A. Woodcock, Jr.   U.S. District Judge
*Printed name and title*

---

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*