**Complaint Synopsis**
*United States v. Zakary Williams,*
Criminal No. 2:22-mj-49-JAW

| | |
|---|---|
| **Name:** | Zakary Williams |
| **Address:** (City & State Only) | Kittery, Maine |
| **Year of Birth and Age:** | 1997, 24 years old |
| **Violations:** | Count 1: Distributing child pornography, in violation of 18 U.S.C § 2252(A)(a)(2).<br><br>Count 2: Possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). |
| **Penalties:** | Count 1: Imprisonment of not less than 5 years, nor more than 20 years, a fine of $250,000 or both. 18 U.S.C § 2252A(b)(1).  This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count 2:  Because at least one image involved a prepubescent minor or a minor who had not attained 12 years of age, a term of imprisonment up to 20 years, a fine of $250,000, or both.  18 U.S.C. § 2252A(b)(2).  This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1: Not less than five years, up to life. 18 U.S.C § 3583(k).<br><br>Count 2:  Not less than five years, up to life.  18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 2:<br><br>Not more than 2 years; 18 U.S.C. § 3583(e)(3); but, if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. ' 3583(k)). |

| | |
|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Counts 1 and 2</u>: Any term of years or life less any term of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | HSI/Ryan Mahar |
| **Detention Status:** | Detained on complaint in CCJ |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Sheila W. Sawyer |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | <u>Counts 1 and 2</u>: $100 each. 18 U.S.C. § 3013(a)(2)(A).<br><br>Not more than $35,000. 18 U.S.C. § 2259A(a)(2).<br><br>$5000, if Defendant is found to be non-indigent. 18 U.S.C. § 3014(a). |